UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KASEEM ADAMS,

        Petitioner,

  v.

RON DAVIS, Warden,

        Respondent.

No. C 15-4358 EDL (PR)

**ORDER OF DISMISSAL**

On September 23, 2015, petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] That same day, the court sent a notification to petitioner, informing him that he did not pay the filing fee, nor did he file a complete application to proceed in forma pauperis ("IFP"). The court provided petitioner with a blank IFP application, along with a return envelope, and a notification that the case would be dismissed if petitioner failed to pay the fee, or file a completed application with supporting documentation within twenty-eight days. More than twenty-eight days have passed and petitioner has not filed a filing fee, nor has petitioner filed a complete IFP application.

Accordingly, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: November 4, 2015.

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\HC.15\Adams358disifp.wpd

---

[1] Petitioner consented to magistrate judge jurisdiction. (Docket No. 1 at 7.)