UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEEM ADAMS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON DAVIS,<br><br>　　　　Respondent. | Case No. 15-cv-04358-EMC<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>Docket No. 22 |

Petitioner has filed a notice of appeal and a request for certificate of appealability. Petitioner's request for a certificate of appealability is **DENIED**. (Docket No. 22.) This is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED**.

Dated: August 2, 2016

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge